THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELIQUE A. MCCLELLAN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>Defendant. | CASE NO. C12-1454-JCC<br><br>ORDER |

The Court, after consideration of Plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, hereby finds and ORDERS:

(1) The Report and Recommendation is ADOPTED (Dkt. No. 23);

(2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation; and

(3) The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

//
//
//

ORDER
PAGE - 1

DATED this 26th day of April 2013.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2